| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Shiva Delrahim Beck (SBN 228841)<br>Email: sbeck@foley.com<br>Todd A. Murray (*Pro Hac Vice*)<br>Email: tmurray@foley.com<br>Andrew A. Howell (*Pro Hac Vice*)<br>Email: ahowell@foley.com<br>Abigail K. Drake (*Pro Hac Vice*)<br>Email: adrake@foley.com<br>FOLEY GARDERE<br>FOLEY & LARDNER LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>(214) 999-3000<br><br>☒ *Attorney for:* William M. Aisenberg and Jeffrey Cordes | FOR COURT USE ONLY |
|---|---|

| UNITED STATES BANKRUPTCY COURT |
|---|
| CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION |

| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation, [1] and<br><br>ICPW LIQUIDATION CORPORATION, a Nevada corporation,[2]<br><br>Debtors and Debtors in Possession. | CASE NO.: Lead Case No.: 1:17-bk-12408-MB Jointly administered with Case No.: 1:17-bk-12409-MB; Chapter 11 Cases<br><br>Adv. Proc. No.: 1:18-ap-01011<br><br>CHAPTER: 11 |
|---|---|
| OFFICIAL COMMITTEE OF EQUITY HOLDERS OF ICPW LIQUIDATION CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY CORDES and WILLIAM AISENBERG,<br><br>Defendants. | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[3]):<br><br>APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(B)] |

PLEASE TAKE NOTE that the order titled <u>Order on Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)]</u>
was lodged on (*date*) <u>5/14/2018</u> and is attached. This order relates to the motion which is docket number <u>26</u>

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.
[3] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# Exhibit "A"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Shiva Delrahim Beck (SBN 228841)<br>Email: sbeck@foley.com<br>Todd A. Murray (*Pro Hac Vice*)<br>Email: tmurray@foley.com<br>Andrew A. Howell (*Pro Hac Vice*)<br>Email: ahowell@foley.com<br>Abigail K. Drake (*Pro Hac Vice*)<br>Email: adrake@foley.com<br>FOLEY GARDERE<br>FOLEY & LARDNER LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>(214) 999-3000<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* William M. Aisenberg and Jeffrey Cordes | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA –<u>SAN FERNANDO</u> DIVISION**

| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation,[1] and<br><br>ICPW LIQUIDATION CORPORATION, a Nevada corporation,[2]<br><br>       Debtors and Debtors in Possession. | CASE NO.: Lead Case No.: 1:17-bk-12408-MB Jointly administered with Case No.: 1:17-bk-12409-MB; Chapter 11 Cases<br><br>Adv. Proc. No.: 1:18-ap-01011<br><br>CHAPTER: 11 |
|---|---|
| OFFICIAL COMMITTEE OF EQUITY HOLDERS OF ICPW LIQUIDATION CORPORATION, a Nevada corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>JEFFREY CORDES and WILLIAM AISENBERG,<br><br>       Defendants. | **ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>       **[LBR 9075-1(b)]** |

**Movant** (*name*): William M. Aisenberg and Jeffrey Cordes

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.

[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                  Page 1                                       **F 9075-1.1.ORDER.SHORT.NOTICE**

4830-5640-9701.1

a. *Title of motion*: Motion of Defendants William Aisenberg and Jeffrey Cordes to Terminate Stay in Adversary Proceedings [Docket No. 24]

b. *Date of filing of motion:* May 14, 2018

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s) [Docket No. 26]:

   *Date of filing of Application*: May 14, 2018

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☐ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

4830-5640-9701.1

(1) ☐   A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** | **Place:** |
| **Time:** | ☐ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐   No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☐   No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A)   ☐ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☐ Email*

| | |
|---|---|
| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 3                     **F 9075-1.1.ORDER.SHORT.NOTICE**

4830-5640-9701.1

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

> (B) *Deadlines:*
> Date:
> Time:
>
> (C) *Persons/entities to be served with motion, declarations, supporting documents:*
>
> ☐ See attached page
>
> (D) *Service is also required upon*:
> -- United States trustee *(no electronic service permitted)*
> -- Judge's copy personally delivered to chambers
>   (*see Court Manual for address*)

(5) ☐ Regarding **opposition to the motion**

    ☐ opposition to the motion may be made **orally** at the hearing

    ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

> (B) *Deadlines:*
> Date:
> Time:
>
> (C) *Persons/entities to be served with written opposition to the motion:*
> -- movant's attorney (or movant, if movant is not represented by an attorney)
>
> (D) *Service is also required upon*:
> -- United States trustee (*electronic service is not permitted*)
> -- Judge's copy personally delivered to chambers
>   (*see Court Manual for address*)

(6) ☐ Regarding a **reply to an opposition:**

    ☐ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 4      **F 9075-1.1.ORDER.SHORT.NOTICE**

4830-5640-9701.1

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>(*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| |
|---|
| ☐ at least 2 days before the hearing. |
| ☐ no later than:    Date:                Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                    Page 5                                           **F 9075-1.1.ORDER.SHORT.NOTICE**

4830-5640-9701.1