**FILED & ENTERED**

JUL 13 2018

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** Ogier      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corpora<br><br>　　　　　　　　　　　Debtor(s).<br><br>　Official Committee of Equity Security Holders of ICPW Liquidation Corporation, a Nevada corporation<br><br>　　　　　　　　　　　Plaintiff(s),<br>　v.<br><br>Jeffrey Cordes<br><br>　　　　　　　　　　　Defendant(s). | CHAPTER 11<br><br>Case No.:   1:17-bk-12408-MB<br>Adv No:    1:18-ap-01011-MB<br><br>**ORDER RESCHEDULING HEARINGS RE: DEFENDANT'S MOTION TO DISMISS [DKT.5]; DEFENDANT'S MOTION TO TERMINATE STAY [DKT.24]; MOTION TO COMPEL ARBITRATION AND STAY THE PROCEEDINGS [DKT.33]; STATUS CONFERENCE RE COMPLAINT [DKT.1]**<br><br>**TELEPHONIC APPEARANCES ONLY**<br><br>**ORIGINAL DATE**<br>Date:       July 16, 2018<br>Time:       1:30 PM<br>Courtroom:  303<br><br>**NEW DATE**<br>**Date:       July 17, 2018**<br>**Time:       3:30 PM**<br>**Courtroom:  303** |

**PLEASE TAKE NOTICE THAT ON THE COURT'S OWN MOTION**, the hearing on the above referenced matter, previously scheduled to be heard on July 16, 2018 at 1:30 p.m. is hereby rescheduled as a telephonic status conference on July 17, 2018 at 3:30 p.m., in Courtroom 303 of the United States Bankruptcy Court, located at 21041 Burbank Boulevard, Woodland Hills, CA. 91367.

###

Date: July 13, 2018

Martin R Barash
United States Bankruptcy Judge