ANDREW T. SOLOMON
(admitted *pro hac vice*)
JENNIFER G. CRAMER
asolomon@solomoncramer.com
jcramer@solomoncramer.com
SOLOMON & CRAMER LLP
1441 BROADWAY, SUITE 6026
NEW YORK, NY 10018
Telephone: (212) 884-9102
Facsimile: (516) 368-3896
Special Litigation Counsel to the
Official Committee of Equity Security Holders

**FILED & ENTERED**

**JUL 31 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY

In re:

ICPW LIQUIDATION CORPORATION, a California corporation,[1]

    Debtor and Debtor in Possession.

In re:

ICPW LIQUIDATION CORPORATION, a Nevada corporation,[2]

    Debtor and Debtor in Possession.

Affects:

☒ Both Debtors

☐ ICPW Liquidation Corporation, a California corporation

☐ ICPW Liquidation Corporation, a Nevada corporation.

OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS of ICPW LIQUIDATION CORPORATION, a Nevada corporation,

    Objector and Plaintiff,

- against -

JEFFREY CORDES and WILLIAM AISENBERG,

    Claimants and Defendants.

Lead Case No.: 1:17-bk-12408-MB
Jointly administered with Case No.: 1:17-bk-12409-MB; Chapter 11 Cases

Adv. Proc. No.: 1:18-ap-01011

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**

Hearing

DATE: July 25, 2018
TIME: 1:30 p.m.
PLACE: Courtroom "303"
21041 Burbank Boulevard
Woodland Hills, California 91367

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

- 1 -

107

On July 25, 2018, at 1:30 p.m., the Court held a continued hearing on *Defendants William M. Aisenberg's and Jeffrey Cordes' 12(B)(6) Motion to Dismiss* (the "Motion") [Adv. Docket No. 5]. Appearances were made as set forth on the Court's record.

The Court, having read and considered the papers submitted by Jeffrey Cordes and William Aisenberg in support of the Motion [Adv. Docket Nos. 5-7] and all related papers, and good cause appearing, orders as follows:

The Motion is denied as moot.

**IT IS SO ORDERED**.

###

Date: July 31, 2018

Martin R Barash
United States Bankruptcy Judge

ANDREW T. SOLOMON
(admitted *pro hac vice*)
JENNIFER G. CRAMER
asolomon@solomoncramer.com
jcramer@solomoncramer.com
SOLOMON & CRAMER LLP
1441 BROADWAY, SUITE 6026
NEW YORK, NY 10018
Telephone: (212) 884-9102
Facsimile: (516) 368-3896
Special Litigation Counsel to the
Official Committee of Equity Security Holders

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY

| | |
|---|---|
| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW LIQUIDATION CORPORATION, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒ Both Debtors<br><br>☐ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation.<br><br>OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS of ICPW LIQUIDATION CORPORATION, a Nevada corporation,<br><br>    Objector and Plaintiff,<br> - against -<br><br>JEFFREY CORDES and WILLIAM AISENBERG,<br><br>    Claimants and Defendants. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with Case No.: 1:17-bk-12409-MB; Chapter 11 Cases<br><br>Adv. Proc. No.: 1:18-ap-01011<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br><br>Hearing<br><br>DATE:   July 25, 2018<br>TIME:   1:30 p.m.<br>PLACE: Courtroom "303"<br>           21041 Burbank Boulevard<br>           Woodland Hills, California 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

- 1 -

107

On July 25, 2018, at 1:30 p.m., the Court held a continued hearing on *Defendants William M. Aisenberg's and Jeffrey Cordes' 12(B)(6) Motion to Dismiss* (the "Motion") [Adv. Docket No. 5]. Appearances were made as set forth on the Court's record.

The Court, having read and considered the papers submitted by Jeffrey Cordes and William Aisenberg in support of the Motion [Adv. Docket Nos. 5-7] and all related papers, and good cause appearing, orders as follows:

The Motion is denied as moot.

**IT IS SO ORDERED.**

Date: _____

                                                                   Martin R. Barash
                                                                   United States District Judge

**SUBMITTED JOINLY BY:**

Dated: July 31, 2018

        **Solomon & Cramer LLP**
        **Special Litigation Counsel to the**
        **Official Committee of Equity Security**
        **Holders, ICPW Nevada Trust, and the**
        **Trustee Matthew Pliskin**

        */s/ Andrew T. Solomon*
        Andrew T. Solomon

Dated: July 31, 2018

        **Foley Gardere**
        **Foley & Lardner LLP**
        **Counsel to Cordes and Aisenberg**

        */s/ Shiva D. Beck*
        Shiva D. Beck

107

**SUBMITTED JOINLY BY:**

Dated: July 31, 2018

**Solomon & Cramer LLP**
**Special Litigation Counsel to the**
**Official Committee of Equity Security**
**Holders, ICPW Nevada Trust, and the**
**Trustee Matthew Pliskin**

_____
**Andrew T. Solomon**

Dated: July 31, 2018

**Foley Gardere**
**Foley & Lardner LLP**
**Counsel to Cordes and Aisenberg**

_____
**Shiva D. Beck**

107